IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | )<br>)<br>) | **8:11CR34** |
| vs. | )<br>) | **ORDER** |
| **CALVIN JACOBS,** | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Calvin Jacobs (Jacobs) (Filing No. 41). Jacobs seeks an extension of time in which to file pretrial motions in accordance with the court's previous order (Filing No. 39). Jacobs' counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Jacobs' motion for an extension of time (Filing No. 41) is granted. Jacobs is given until **on or before November 15, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 15, 2011, and November 15, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge